987 So.2d 103 (2008)
ESTATE of Edna Marie SHARP, Etc., Appellant,
v.
OMNICARE, INC. and Badger Acquisition of Tampa, LLC, Appellees.
No. 5D07-1039.
District Court of Appeal of Florida, Fifth District.
June 10, 2008.
Rehearing Denied July 30, 2008.
Isaac R. Ruiz-Carus, and Geoffrey E. Parmer, of Wilkes & McHugh, P.A., and Susan B. Morrison, Law Offices of Susan B. Morrison, P.A., Tampa, for Appellant.
Andrew R. McCumber of McCumber, Daniels, Buntz, Hartig & Puig, P.A., Tampa, for Appellees.
PER CURIAM.
AFFIRMED. See Estate of Johnson, ex rel. Johnson v. Badger Acquisition of Tampa, LLC, 983 So.2d 1175 (Fla. 2d DCA 2008).
PALMER, C.J., SAWAYA, and COHEN, JJ., concur.